**SO ORDERED.**
**SIGNED this 22nd day of June, 2016**

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

ANNETTE HARRIS HAYNES
aka ANNETTE HARRIS

Case No. 3:16-bk-30352-SHB

Debtor

## O R D E R

For cause shown, after notice and a hearing held June 22, 2016, the Court directs the following

1. The hearing on the Chapter 13 Trustee's Objection to Confirmation filed April 7, 2016, as amended on June 9, 2016, is CONTINUED to July 13, 2016, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee.

2. Grace I. Gardiner shall appear at the hearing on July 13, 2016, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why she should not be sanctioned, including but not limited

to disgorgement of her fees, for her repeated failure to properly file documents in this and other cases.

###