## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | CASE NO. 3:16-30352-SHB |
| ) | |
| ANNETEE HARRIS HAYNES ) | CHAPTER 13 |
| ) | |
| DEBTOR ) | |
| _____ ) | |

## NOTICE OF HEARING ON CHAPTER 13 PLAN MODIFICATION

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1323 AND Fed. Bankr. P. 2002(a)(5),

1. The debtor has filed an Amended Plan (Document #33).

2. The hearing on the plan has been continued to **July 13, 2016**, at **9:00 AM** and will be held at the Howard H. Baker Jr. U.S. Courthouse, Court Room 1C, 800 Market Street, Knoxville, TN 37902.

3. Any party wishing to object to the proposed amended plan of the debtor must file a written objection with the clerk of the United States Bankruptcy Court, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902, before the scheduled time of the continued §341(a) meeting of creditors, or lodge a written objection with the Chapter 13 Trustee at the meeting. Any objection to the amended plan must set forth the reasons or the objection and must state that a copy of the objection has been served upon attorney listed below and the Chapter 13 Trustee, Gwendolyn M. Kerney, PO Box 228, Knoxville, TN 37901, unless the objection is lodged with the Trustee during the §341(a) Meeting of Creditors or is served electronically on the debtor's attorney and the Trustee through the court's electronic case filing system.

4. Absent an objection, the court may enter an order confirming the Amended Plan without further notice or hearing. If an objection is filed, a hearing on the objection will be held at the Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902 on June 22, 2016 at 9:00 AM, unless the debtor and the objecting parties agree to a different date at the continued meeting of the creditors.

The undersigned hereby certifies that she has properly served this notice and the accompanying plan on the Chapter 13 Trustee and on all parties listed below or attached hereto and made a part hereof:

Date: June 22, 2016

/s/ Grace I. Gardiner
Grace I. Gardiner, Attorney
UpRight Law, LLC.
5401 Kingston Pike, Suite 520
Knoxville, TN 37919
865-450-9819

## CERTIFICATE OF SERVICE

    I, the undersigned Counsel for the Debtor, hereby certify that a true and exact copy of the foregoing **Notice of Hearing** was filed electronically. Notice of this filing will be transmitted via the Courts ECF system to all parties registered on the Electronic Filing receipt. Parties may access this filing through the Court's ECF system. The following parties will receive notice via U.S. mail, postage prepaid:

Gwendolyn M. Kerney
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN 37901

Capital One Bank USA
P.O. Box 85015
Richmond, VA 23285

Credit One Bank, NA
P.O. Box 98872
Las Vegas, NV 89193

First Peoples Bank
206 W. Broadway Blvd.
Jefferson City, TN 37760

Morristown-Hamblen Health Care
908 W. 4th North St.
Morristown, TN 37814

Overman International Corp
1000 Industrial Park Dr.
Dandridge, TN 37725

Regency Finance
1018 W. First N. Street
Morristown, TN 37814

Springfield Financial S
2307 W. Andrew Johnson Hwy
Morristown, TN 37814

Swiss Colony
P.O. Box 2803
Monroe, WI 53566-8003

Syncb/Amazon
P.O. Box 965015
Orlando, FL 32896

Syncb/lowes
P.O. Box 96500
Orlando, FL 32896

This 22nd day of June, 2016

/s/ Grace Gardiner
GRACE GARDINER, (TN BPR#023269)
Gardiner & Associates
5401 Kingston Pike, Ste. 520
Knoxville, TN 37919
(865) 450-9819 (o)
(865) 450-9822 (f)

2